ST. LOUIS TRANSFER RY. CO. v. WATKINS. (Circuit Court of Appeals, Eighth Circuit. July 5, 1917.) No. 4979. In Error to the District Court of the United States for the Eastern District of Missouri. T. M.

Pierce and J. L. Howell, both of St. Louis, Mo., for plaintiff in error. Bartley & Douglass, of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties; taxation of attorney fee for defendant in error waived.